IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ESTATE OF RAYMOND J. GUZIEWICZ, et al.,

    Plaintiffs,

v.

RENEE P. MAGNOTTA,

    Defendant.

NO. 3:14-CV-01742

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SAPORITO)

## ORDER

**NOW**, this 12TH day of April, 2016, upon review of the Report and Recommendation of Magistrate Judge Saporito (Doc. 35) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 35) is **ADOPTED in its entirety**.

(2) Defendant's Motion to Dismiss Counts III-VI of Plaintiffs' Complaint (Doc. 25) is **GRANTED**.

(3) Plaintiffs' state law tort claims in Counts III-VI of the Complaint (Doc. 1) are **DISMISSED with prejudice**.

(4) The matter is **RECOMMITTED** to Magistrate Judge Saporito.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge