**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ESTATE OF RAYMOND J. GUZIEWICZ and STEVEN J. GUZIEWICZ, Individually and as the Administrator of the Estate of Raymond J. Guziewicz,<br><br>    Plaintiffs,<br><br>        v.<br><br>RENEE P. MAGNOTTA,,<br><br>    Defendant. | CIVIL ACTION NO. 3:14-cv-01742<br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE SAPORITO) |

## ORDER

**NOW**, this 30th day of September, 2016, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 35) is **ADOPTED IN PART and REJECTED IN PART**.

(2) Defendant's Motion to Dismiss Counts III, IV, and V of Plaintiffs' Complaint is **DENIED.**

(3) Defendant's Motion to Dismiss Count VI of Plaintiffs' Complaint is **GRANTED.** The claims in Count VI are **DISMISSED with prejudice.**

(4) The matter is **RECOMMITTED** to Magistrate Judge Saporito for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge