UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ESTATE OF RAYMOND J. :
GUZIEWICZ, et al. :
                                     : CIVIL ACTION NO.: 3:14-cv-01742
      Plaintiffs, :
                                       :
     v.                              : (CAPUTO, J.)
                                       : (SAPORITO, M.J.)
RENEE P. MAGNOTTA, :
                                       :
      Defendant. :

## ORDER

AND NOW, this 25th day of January, 2017, IT IS HEREBY ORDERED THAT:

1. The plaintiffs' motion for leave to amend the complaint (Doc. 30) is GRANTED in part and DENIED in part.

2. The motion to amend the complaint (Doc. 30) is GRANTED as to Counts I-V inclusive.

3. The motion to amend the complaint (Doc. 30) is DENIED as to Count VI.

4. The plaintiffs shall file an amended complaint consistent with this Order within seven (7) days of the date of this order, and upon

docketing it shall relate back to September 8, 2014, the date of fling of the plaintiffs' original complaint.

5. The plaintiffs' motion to stay proceedings (Doc. 37) is DENIED as moot.

6. The plaintiffs' motion to clarify (Doc. 49) is DENIED as moot.

JOSEPH F. SAPORITO, JR.
U.S. Magistrate Judge

Dated: January 25, 2017