# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF RAYMOND J. GUZIEWICZ, *ET AL.*, | No. 3:14-cv-01742 |
| Plaintiffs, | |
| v. | (JUDGE CAPUTO) |
| RENEE P. MAGNOTTA, | (MAGISTRATE JUDGE SAPORITO) |
| Defendant. | |

## ORDER

**NOW**, this 3rd day of July, 2019, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 93) is **ADOPTED**.

(2) Defendant's Motion for Summary Judgment (Doc. 79) is **DENIED**.

(3) Plaintiff's state law claim for abuse of process (Counts IV, VII of the Amended Complaint) is **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

(4) Plaintiff's claims for false arrest under 42 U.S.C. § 1983 (Counts II, VII of the Amended Complaint) and intentional infliction of emotional distress under state law (Counts V, VII of the Amended Complaint) are **DISMISSED with prejudice** as legally frivolous and for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i), (ii).

(5) The Matter is placed on this Court's **September 2019** trial list.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge